## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Haron Cole
                Plaintiff,

v.
                Case No.: 1:25−cv−05797
                Honorable Matthew F. Kennelly

Vincero, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for extension of time [10] is granted. The telephonic status hearing set for 7/22/2025 is vacated and reset to 8/22/2025 at 9:05 AM, using the following call−in number: 650−479−3207, access code 2305−915−8729. The deadline for filing the joint status report in conformity with the Court's initial order is extended to 8/15/2025. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.