| | ) | **United States District Court** |
|---|---|---|
| HARON COLE, on behalf of himself and all others similarly situated, | ) ) ) | **Northern District of Illinois** |
| | ) | |
| Plaintiffs, | ) | Case No.: 1:25-cv-5797 |
| | ) ) | |
| v. | ) ) | **NOTICE OF SETTLEMENT** |
| Vincero, Inc. | ) ) | |
| Defendant. | | |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: August 15, 2025

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Alison Chan**
By: Alison Chan, Esq.
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
C: (630)-478-0856
Email: achan@ealg.law