## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

```
- ------------------------------------------------------- x
HARON COLE, on behalf of himself and all      :      Case no. 1:25-cv-5797
others similarly situated,                    :
                                              :
              Plaintiffs,                      :
                                              :      NOTICE OF VOLUNTARY
         v.                                    :      DISMISSAL WITH
                                                     PREJUDICE
Vincero, Inc.,                                 :

              Defendant.                       :
                                              :
                                              :
                                              :
                                              :
- ------------------------------------------------------- x
```

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: September 9, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ Alison Chan**

By: Alison Chan, Esq.

68-29 Main Street,

Flushing, NY 11367

O: (844) 731-3343

C: (929) 442-2154

Email: achan@ealg.law